March 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICE MCBRIDE, Appellant

NO. 14-12-00277-CV                V.

ALBERT MCBRIDE, Appellee

_____

This cause, an appeal from the contempt order entered against appellee, Albert McBride, signed October 19, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

We order appellant, Patrice McBride, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.